**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **East End Bus Lines, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-8853058 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3601 Horseblock Road**<br>**Medford, NY 11763**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor  **East End Bus Lines, Inc.**                                    Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____    ____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **East End Bus Lines, Inc.**                                Case number *(if known)* _____
          <sub>Name</sub>

---

**11. Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    - ☐ It needs to be physically secured or protected from the weather.

    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    - ☐ Other _____

    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.    Insurance agency _____
                Contact name _____
                Phone _____

---

████ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **East End Bus Lines, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____      **John Mensch**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

X _____      Date _____
Signature of attorney for debtor      MM / DD / YYYY

**Marc A. Pergament**
Printed name

**Weinberg, Gross & Pergament LLP**
Firm name

**400 Garden City Plaza**
**Suite 403**
**Garden City, NY 11530**
Number, Street, City, State & ZIP Code

Contact phone    **(516) 877-2424**      Email address _____

**NY**
Bar number and State

Debtor   **East End Bus Lines, Inc.**
Name

Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (*if known*) _____   Chapter   __11__

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

Debtor   **Montauk Student Transport, LLC**          Relationship to you   _____

District   _____   When   _____   Case number, if known   _____

Debtor   **Montauk Transit Service, LLC**           Relationship to you   _____

District   _____   When   _____   Case number, if known   _____

---

## United States Bankruptcy Court
### Eastern District of New York

In re    **East End Bus Lines, Inc.**

                    Debtor(s)

Case No. _____

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    9/13/18

John Mensch/President
Signer/Title

Date: _____

Signature of Attorney
**Marc A. Pergament**
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 403**
**Garden City, NY 11530**
**(516) 877-2424   Fax: (516) 877-2460**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Ascentis Corporation
11040 Main Street, Suite 101
Bellevue, WA 98004


Bleakley, Platt & Schmidt LLP
P.O. Box 5056
White Plains, NY 10602-5056


Bond Schoeneck & King PLLC
1010 Franklin Avenue, Suite 200
Garden City, NY 11530


Bridgehampton National Bank
194 Mill Road
Westhampton Beach, NY 11978


Chiesa Shahinian & Giantomasi PC
11 Times Square, 31st Floor
New York, NY 10036


Cummings and Carrol, P.C.
175 Great Neck Road, Suite 405
Great Neck, NY 11021


DeLage Landen
111 Old Eagle School Road
Wayne, PA 19087


Element Financial Corp.
655 Business Center Drive
Horsham, PA 19044


Financial Pacific Leasing
3155 S 334th Way, #300
Federal Way, WA 98001-9546


First Insurance Funding
450 Skoke Blvd, Suite 1000
Northbrook, IL 60062-7917


Flushing Automotive Financial Services
135 Haven Avenue
Port Washington, NY 11050

Freedom Financial
8221 Tristar Drive
Irving, TX 75063

Gent Uniform Rental Corp.
c/o Armark
P.O. Box 28050
New York, NY 10087

Internal Revenue Service
2 Metrotech Center
100 Myrtle Avenue
Brooklyn, NY 11201

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
P.O. Box 905849
Charlotte, NC 28290-5849

Lam & Barnosky, LLP
534 Broadhollow Road, Suite 210
P.O. Box 9034
Melville, NY 11747-9034

Leaf
P.O. Box 644006
Cincinnati, OH 45264-4006

Littler Mendelson, P.C.
P.O. Box 207137
Dallas, TX 75320-7137

Merchant's Fleet Management
P.O. 414438
Boston, MA 02241-4438

Montauk Student Transport LLC
3601 Horseblock Road
Medford, NY 11763

Montauk Transit Service LLC
3601 Horseblock Road
Medford, NY 11763

Naness, Chaiet & Naness, LLC
375 North Broadway, Suite 202
Jericho, NY 11753

NEC Financial Services
250 Pehle Avenue, Suite 704
Saddle Brook, NJ 07663

NJM Insurance Group
301 Sullivan Way
Ewing Township, NJ 08628

NYS Department of Labor
P.O. Box 4127
Binghamton, NY 13902-4127

NYS Dept. of Taxation and Finance
Bankruptcy Unit, Special Procedure
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance
P.O. Box 4301
Binghamton, NY 13902-4301

SEFAC
381 Nin Way
Warminster, PA 18974

Specialty Vehicle & Equipment Funding
175 Broadhollow Road, Suite 120
Melville, NY 11747

State of New York
Office of Attorney General
120 Broadway
New York, NY 10271

Synovia Solutions, LLC
P.O. Box 1627
Indianapolis, IN 46206-1627

Travelers Insurance
P.O. box 2927
Hartford, CT 06104-2927


United States Attorney
Chief of Civil Divison
271 Cadman Plaza
Brooklyn, NY 11201


United States Attorney's Office
Eastern District of New York
610 Federal Plaza, 5th Floor
attn: Long Island Bankruptcy Processing
Central Islip, NY 11722-4454


US Dept. of Justice
Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044


US Premium Finance
280 Technology Parkway, Suite 200
Norcross, GA 30092


Vehicle Tracking Solutions
152 Veterans Memorial Highway
Commack, NY 11725


Wallkill Valley Federal Savings & Loan
205 Homestead Avenue
Maybrook, NY 12543


Wells Fargo
Bankruptcy Dept. MAC-X7801-014
3476 Stateview Blvd.
Fort Mills, SC 29715


Wells Fargo
Bankruptcy Dept. -MAC-X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715


Wells Fargo Financial Services
123 S. Broad Street, 9th Floor
Philadelphia, PA 19109

Wells Fargo Financial Services
P.O. Box 70239
Philadelphia, PA 19176

William Floyd School District
240 Mastic Beach Road
Medford, NY 11763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                           Chapter 11

East End Bus Lines, Inc.,                         Case No.


                    Debtor.                       CORPORATE RESOLUTION

---------------------------------------------------------X


      The undersigned, the President of East End Bus Lines, Inc., a corporation existing

under the laws of the State of New York does hereby certify that a duly called meeting of the directors

of East End Bus Lines, Inc., the following resolutions were adopted, and have not been modified or

rescinded, and are still in full force and effect:

      "Resolved, that in the judgment of the shareholders and directors, it is desirable and

in the best interest of the corporation, that John Mensch, President of the Corporation, be empowered

to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the corporation upon such

date, and in the event, in his discretion, such action should be necessary for the protection of the

corporation and preservation of its assets without further notice to the directors of East End Bus Lines,

Inc., and it is further

      Resolved, that John Mensch be and hereby is, authorized to execute and file all

petitions, schedules, lists and other papers and to take any and all action which he may deem necessary

and proper in connection with such proceedings under Chapter 11, and in that connection, to retain

and employ Weinberg, Gross & Pergament LLP and to retain and employ all other professionals

which they may deem necessary or proper with a view towards a successful conclusion of such a

reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this  13th day of

September 2018.

_____

John Mensch, President

| Fill in this information to identify the case: |
| --- |

Debtor name    **East End Bus Lines, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1 DeLage Landen**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Buses** | **$509,819.91** | **$380,000.00** |

**111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

Describe the lien
**DMV**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**7616,8654,0548**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| **2.2 Element Financial Corp.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Buses** | **$3,785,487.58** | **$2,010,000.00** |
| --- | --- | --- | --- |

**655 Business Center Drive**
**Horsham, PA 19044**
Creditor's mailing address

Describe the lien
**DMV**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**6218**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor    **East End Bus Lines, Inc.**                                Case number (if know) _____
                Name

- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.3 | **Financial Pacific Leasing** | Describe debtor's property that is subject to a lien | $80,000.00 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**3155 S 334th Way, #300
Federal Way, WA
98001-9546**
Creditor's mailing address

**Lifts**

**Describe the lien**

Is the creditor an insider or related party?

Creditor's email address, if known

- ☑ No
- ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6001**

Do multiple creditors have an interest in the same property?

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.4 | **First Insurance Funding** | Describe debtor's property that is subject to a lien | $945,596.47 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**450 Skoke Blvd, Suite 1000
Northbrook, IL 60062-7917**
Creditor's mailing address

**Insurance Policy**

**Describe the lien**
**UCC**

Is the creditor an insider or related party?

Creditor's email address, if known

- ☑ No
- ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2385**

Do multiple creditors have an interest in the same property?

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.5 | **Flushing Automotive Financial Services** | Describe debtor's property that is subject to a lien | $1,403,029.10 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**135 Haven Avenue
Port Washington, NY 11050**
Creditor's mailing address

**Describe the lien**
**Leases**

Is the creditor an insider or related party?

- ☑ No

---

Debtor   **East End Bus Lines, Inc.**                                    Case number (if know) _____

      Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.6** | **Freedom Financial** | Describe debtor's property that is subject to a lien | $3,136,136.30 | $0.00

Creditor's Name

**8221 Tristar Drive**
**Irving, TX 75063**

Creditor's mailing address

**Describe the lien**
**Leases**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2764,7004**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** | **Merchant's Fleet Management** | Describe debtor's property that is subject to a lien | $5,785,382.23 | $0.00

Creditor's Name

**P.O. 414438**
**Boston, MA 02241-4438**

Creditor's mailing address

**Describe the lien**
**Leases**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0193**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** | **NEC Financial Services** | Describe debtor's property that is subject to a lien | $779,416.99 | $280,000.00

Debtor  **East End Bus Lines, Inc.**                                    Case number (if know) _____
_____
Name

Creditor's Name
**250 Pehle Avenue, Suite**
**704**
**Saddle Brook, NJ 07663**
Creditor's mailing address                    **Describe the lien**
                                              _____
                                              **Is the creditor an insider or related party?**

                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No
                                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8001**
Do multiple creditors have an                 **As of the petition filing date, the claim is:**
interest in the same property?                Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.9 | **Specialty Vehicle &** | | $537,677.83 | $800,000.00 |

**Equipment Funding**
Creditor's Name                               **Describe debtor's property that is subject to a lien**
**175 Broadhollow Road,**                     **Buses**
**Suite 120**
**Melville, NY 11747**
Creditor's mailing address                    **Describe the lien**
                                              **DMV**
                                              **Is the creditor an insider or related party?**

                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No
                                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8003,8005**
Do multiple creditors have an                 **As of the petition filing date, the claim is:**
interest in the same property?                Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ■ Disputed
priority.

---

| 2.1 0 | **US Premium Finance** | | $2,457,424.27 | $0.00 |

Creditor's Name                               **Describe debtor's property that is subject to a lien**
**280 Technology Parkway,**                   **Insurance Policy**
**Suite 200**
**Norcross, GA 30092**
Creditor's mailing address                    **Describe the lien**
                                              _____
                                              **Is the creditor an insider or related party?**

                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No
                                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8001**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 5

| Debtor | **East End Bus Lines, Inc.** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
|---|---|---|---|---|
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| 2.1<br>1 | **Wells Fargo Financial Services** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $74,068.25 | $150,000.00 |
| | **123 S. Broad Street, 9th Floor**<br>**Philadelphia, PA 19109** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**7616,9700,9701,9703** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $19,494,038.93 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chiesa Shahinian & Giantomasi PC**<br>**11 Times Square, 31st Floor**<br>**New York, NY 10036** | Line _2.11_ | |
| **Wells Fargo**<br>**Bankruptcy Dept. MAC-X7801-014**<br>**3476 Stateview Blvd.**<br>**Fort Mills, SC 29715** | Line _2.11_ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **East End Bus Lines, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**2 Metrotech Center**<br>**100 Myrtle Avenue**<br>**Brooklyn, NY 11201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $139,036.52 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**NYS Department of Labor**<br>**P.O. Box 4127**<br>**Binghamton, NY 13902-4127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $115,412.65 | $115,412.65 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **3056**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          46906          Best Case Bankruptcy

| Debtor | East End Bus Lines, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,803.37 | $0.00 |
|---|---|---|---|---|
| | **NYS Dept. of Taxation and Finance Bankruptcy Unit, Special Procedure P.O. Box 5300 Albany, NY 12205-0300** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,699.01 |
|---|---|---|---|
| | **Ascentis Corporation 11040 Main Street, Suite 101 Bellevue, WA 98004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6331** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,299.83 |
|---|---|---|---|
| | **Bleakley, Platt & Schmidt LLP P.O. Box 5056 White Plains, NY 10602-5056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000,000.00 |
|---|---|---|---|
| | **Bridgehampton National Bank 194 Mill Road Westhampton Beach, NY 11978** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,550.00 |
|---|---|---|---|
| | **Cummings and Carrol, P.C. 175 Great Neck Road, Suite 405 Great Neck, NY 11021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,379.65 |
|---|---|---|---|
| | **Gent Uniform Rental Corp. c/o Armark P.O. Box 28050 New York, NY 10087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1464** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **East End Bus Lines, Inc.**    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** |

**3.6**    Nonpriority creditor's name and mailing address
**IPFS Corporation**
**P.O. Box 905849**
**Charlotte, NC 28290-5849**

Date(s) debt was incurred __
Last 4 digits of account number **9421**

As of the petition filing date, the claim is: Check all that apply.    **$39,900.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7**    Nonpriority creditor's name and mailing address
**Lam & Barnosky, LLP**
**534 Broadhollow Road, Suite 210**
**P.O. Box 9034**
**Melville, NY 11747-9034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$4,184.01**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8**    Nonpriority creditor's name and mailing address
**Leaf**
**P.O. Box 644006**
**Cincinnati, OH 45264-4006**

Date(s) debt was incurred __
Last 4 digits of account number **8001**

As of the petition filing date, the claim is: Check all that apply.    **$510.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9**    Nonpriority creditor's name and mailing address
**Littler Mendelson, P.C.**
**P.O. Box 207137**
**Dallas, TX 75320-7137**

Date(s) debt was incurred __
Last 4 digits of account number **2455**

As of the petition filing date, the claim is: Check all that apply.    **$113,273.57**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10**    Nonpriority creditor's name and mailing address
**Naness, Chaiet & Naness, LLC**
**375 North Broadway, Suite 202**
**Jericho, NY 11753**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$16,477.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11**    Nonpriority creditor's name and mailing address
**NJM Insurance Group**
**301 Sullivan Way**
**Ewing Township, NJ 08628**

Date(s) debt was incurred __
Last 4 digits of account number **7448**

As of the petition filing date, the claim is: Check all that apply.    **$699,443.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12**    Nonpriority creditor's name and mailing address
**NYS Unemployment Insurance**
**P.O. Box 4301**
**Binghamton, NY 13902-4301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$87,198.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **East End Bus Lines, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.00 |
|---|---|---|---|

**SEFAC**
**381 Nin Way**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,698.89 |
|---|---|---|---|

**Synovia Solutions, LLC**
**P.O. Box 1627**
**Indianapolis, IN 46206-1627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197,517.00 |
|---|---|---|---|

**Travelers Insurance**
**P.O. box 2927**
**Hartford, CT 06104-2927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0960**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,162.08 |
|---|---|---|---|

**Vehicle Tracking Solutions**
**152 Veterans Memorial Highway**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000,000.00 |
|---|---|---|---|

**Wallkill Valley Federal Savings & Loan**
**205 Homestead Avenue**
**Maybrook, NY 12543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,171.77 |
|---|---|---|---|

**Wells Fargo Financial Services**
**P.O. Box 70239**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **8761,7413,6687**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**William Floyd School District**
**240 Mastic Beach Road**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **East End Bus Lines, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bond Schoeneck & King PLLC**<br>**1010 Franklin Avenue, Suite 200**<br>**Garden City, NY 11530** | Line **3.19**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **State of New York**<br>**Office of Attorney General**<br>**120 Broadway**<br>**New York, NY 10271** | Line **2.3**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **United States Attorney**<br>**Chief of Civil Divison**<br>**271 Cadman Plaza**<br>**Brooklyn, NY 11201** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **United States Attorney's Office**<br>**Eastern District of New York**<br>**610 Federal Plaza, 5th Floor**<br>**attn: Long Island Bankruptcy Processing**<br>**Central Islip, NY 11722-4454** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **US Dept. of Justice**<br>**Tax Division**<br>**Box 55**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Wells Fargo**<br>**Bankruptcy Dept. -MAC-X7801-014**<br>**3476 Stateview Blvd.**<br>**Fort Mill, SC 29715** | Line **3.18**<br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 263,252.54 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,403,959.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,667,212.23 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In Re:                                                  Chapter 11

East End Bus Lines, Inc.,                               Case No.

               Debtor.                              Affirmation Under Local
                                           Bankruptcy Rule 1007-4

------------------------------------------------------------X

John Mensch, duly affirms under the penalties of perjury as follows:

1.     I am the President of East End Bus Lines, Inc., the above-named debtor (hereinafter "Debtor"). I submit this affirmation in accordance with Local Bankruptcy Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

2.     The principal office of the Debtor is located in this district at 3601 Horseblock Road, Medford, New York.

3.     The Debtor's taxpayer identification number is 20-8853058.

4.     There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

5.     No official or unofficial committee of creditors of the Debtor has been organized as of this date.

6.     No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

7.     The Debtor's principal books and records are located at 3601 Horseblock Road, Medford, New York.

8.     A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9.      During the pendency of these proceedings, the Debtor intends to continue its operations in transportation.

10.      The Debtor operates its business from 3601 Horseblock Road, Medford, New York.

11.      It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small profit.

12.      No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13.      The Debtor does not have any assets located outside the territorial limits of the United States.

14.      It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.


Dated:  Garden City, New York
        September 13, 2018


_____
John Mensch