# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
### A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

Suite 309
400 Garden City Plaza
Garden City, New York 11530

Seth M. Choset
David E. Miller*
Marc A. Pergament
Marc Weingard

*Admitted To Practice in
New York and Connecticut*

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

**Admitted To Practice in
New York and Florida*

December 15, 2022

<u>VIA ECF</u>
Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: East End Bus Lines, Inc.
Case No. 818-76176-845
Case No. 818-76179-845
Case No. 818-76177-845
Case No. 818-76716-845
Case No. 818-76717-845
<u>Jointly Administered</u>

Dear Judge Scarcella:

This firm is counsel to the Debtors in the above-referenced Chapter 11 cases.

I am pleased to enclose a Stipulation resolving the claims objection relating to the claim filed by William Floyd Union Free School District. The Stipulation providing for the allowance of the claim has been uploaded to Chambers via E-Order on this date.

In the event Your Honor has any questions concerning the Stipulation, kindly have Chambers contact me.

Respectfully yours,

Marc A. Pergament

MAP:js
enclosure

cc:    <u>*See Attached Service List*</u>

## *SERVICE LIST*

Amur Equipment Finance, Inc.
Attn: Legal Dept.
Via E-Mail - legal@amuref.com

Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
Attorneys for Jason Harte and Georgette Gambles
Attn: Heath S. Berger, Esq.
Via E-Mail - hberger@bfslawfirm.com

Bond, Schoeneck & King, PLLC
Attorneys for William Floyd School District
Attn: Stephen A. Donato, Esq.
Via E-Mail - sdonato@bsk.com
Attn: Sara C. Temes, Esq.
Via E-Mail - stemes@bsk.com

Chiesa Shahinian & Giantomasi PC
Attorneys for Wells Fargo Financial Services
Attn: Michael R. Caruso, Esq.
Via E-Mail - mcaruso@csglaw.com

Foster & Wolkind, P.C.
Attorneys for PNC Equipment Finance, LLC
And DeLage Landen Financial Services
Attn: Peter B. Foster, Esq.
Via E-Mail - pfoster@foster-wolkind.com

Graydon Head & Ritchey LLP
Attorneys for First Student Inc.
Attn: J. Michael Debbeler, Esq.
Via E-Mail - mdebbeler@graydon.law

Husch Blackwell LLP
Attorneys for Merchants Automotive Group, Inc.
Attn: Alex Terras, Esq.
Via E-Mail - alex.terras@huschblackwell.com

Internal Revenue Service
Attn: Ms. Chantel Weston
      Bankruptcy Specialist
Via E-Mail - chantel.weston@irs.gov

Kye Law Group, P.C.
Attorneys for Amur Equipment Finance Inc.
Attn: Matthew F. Kye, Esq.
Via E-Mail - mkye@kyelaw.com

Law Office of Avrum J. Rosen, PLLC
Attorneys for Baumann Bus Co. and Acme Bus Corp.
Attn: Avrum J. Rosen, Esq.
Via E-Mail - arosen@ajrlawny.com

Law Offices of Charles A. Gruen
Attorneys for TCF Equipment Finance
Attn: Charles A. Gruen, Esq.
Via E-Mail - cgruen@gruenlaw.com

Lewis W. Siegel, Esq.
Attorney for BNB Bank
Via E-Mail - lws@lwsesq.com

Maurice Wutscher LLP
Attorneys for Atlas Acquisitions, LLC,
Assignee of Knight Capital LLC
Attn: Alan C. Hochheiser, Esq.
Via E-Mail - ahochheiser@mauricewutscher.com

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attorneys for Endurance Assurance Corporation, Endurance
American Insurance Company, and Sompo International
Attn: Gary D. Bressler, Esq.
Via E-Mail - gbressler@mdmc-law.com
Attn: Adam R. Schwartz, Esq.
Via E-Mail - aschwartz@mdmc-law.com

NYS Department of Taxation & Finance
Attn: Josh Russell, Esq.
Via E-Mail - josh.russell@tax.ny.gov

Office of the United States Trustee
Attn: Christine H. Black, Esq.
Via E-Mail - christine.h.black@usdoj.gov

Pinks, Lipshie, White & Nemeth
Attorneys for Transportation Leasing Corp.
Attn: Steve Pinks, Esq.
Via E-Mail - steven@pinkslegal.com

      Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP
      Counsel for Eastern Funding, LLC,
      Commercial Creditor Group Inc.
      And NEC Financial Services LLC
      Attn: Clifford A. Katz, Esq.
      Via E-Mail - ckatz@platzerlaw.com

      Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP
      Counsel for Financial Pacific and
      Freedom Financial Consulting Inc.
      Attn: Teresa Sadutto-Carley Esq.
      Via E-Mail - tsadutto@platzerlaw.com

      Reed Smith LLP
      Attorneys for Merchants Automotive Group, Inc.
      Attn: Christopher A. Lynch, Esq.
      Via E-Mail - clynch@reedsmith.com

      Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
      Attorneys for Trans-Ed, Inc.
      Attn: David E. Sklar, Esq.
      Via E-Mail - dsklar@scura.com

      Spivak Lipton LLP
      Attorneys for Local 1205, International Brotherhood of Teamsters
      Attn: Nicholas J. Johnson, Esq.
      Via E-Mail - njohnson@spivaklipton.com

      Stradley, Ronon, Stevens & Young, LLP
      Attorneys for MidCap Funding XVII,
      as successor to TCJ II, LLC and TCJ I, LLC
      Attn: Deborah A. Reperowitz, Esq.
      Via E-Mail - dreperowitz@stradley.com
      Attn: Jacqueline M. Aiello, Esq.
      Via E-Mail - jaiello@stradley.com
      Scott H. Bernstein, Esq.
      Via E-Mail - sbernstein@stradley.com

      Taroff & Taitz, LLP
      Attorneys for Starlight Properties, Inc.
      Attn: Steven Taitz, Esq.
      Via E-Mail - s.taitz@tarofftaitz.com

Honorable Louis A. Scarcella
United States Bankruptcy Judge
December 15, 2022
Page 4

        TCF Equipment Finance
        a division of TCF National Bank
        Attn: Gregory A. Payer
        Via E-Mail - gpayer@tcfef.com

        Thompson Hine LLP
        Attorneys for 777 Equipment Finance, LLC
        and Advantage Funding Commerical Capital
        Attn: Barry M. Kazan, Esq.
        Via E-Mail - barry.kazan@thompsonhine.com
        Attn: Jonathan S. Hawkins, Esq.
        Via E-Mail - jonathan.hawkins@thompsonhine.com

        Wilk Auslander LLP
        Attorneys for Flushing Automotive Financial Services
        Attn: Eric J. Snyder, Esq.
        Via E-Mail - esnyder@wilkauslander.com

        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        Attorneys for Wallkill Valley Federal
        Savings & Loan Association
        Attn: Mark G. Ledwin, Esq.
        Via E-Mail - mark.ledwin@wilsonelser.com